```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4

5  Attorney for Defendant
   ROBERT C. BROWN
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. 2:09-74-JAM
                                   )
12              Plaintiff,         )  AMENDED
                                   )  WAIVER OF DEFENDANT'S APPEARANCE;
13       v.                        )  ORDER
                                   )
14 ROBERT C. BROWN,                )
                                   )
15              Defendant.         )
   _____ )
16
```

17       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,
18 defendant, Robert Brown, hereby waives the right to be present in person
19 in open court upon the hearing of any motion or other proceeding in this
20 supervised release proceeding including, but not limited to, status
21 conferences, when the case is ordered set for hearing, when a continuance
22 is ordered, and when other action is taken by the court before or after
23 hearing, except for an evidentiary hearing or any hearing at which the
24 proceedings are resolved.

25       Defendant hereby requests the Court to proceed during every absence
26 which the Court may permit pursuant to this waiver; agrees that
27 defendant's interests will be deemed represented at all times by the
28 presence of the defendant's attorney, the same as if the defendant were

personally present; and further agrees to be present in court ready for hearing any day and hour the Court may order in his absence.

Dated: November 15, 2011  /s/ Robert C. Brown, Jr.
ROBERT C. BROWN, JR.
Defendant

I agree and consent to my client's waiver of appearance.

Respectfully submitted,

Dated: November 15, 2011  /s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for ROBERT C. BROWN, JR.

**IT IS SO ORDERED.**

Dated: November 15, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge