```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    TODD A. PICKLES
 3  KEVIN C. KHASIGIAN
    Assistant U.S. Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916)554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-00074-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING FORFEITURE |
| v. | ) | |
| DUANE ALLEN EDDINGS | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for defendant Duane Allen Eddings, Joseph J. Wiseman, that:

1. The status conference regarding forfeiture currently

///
///
///
///
///
///

```
 1  set for January 10, 2012 at 9:30 a.m., with the Court's approval,
 2  be continued to February 7, 2012 at 9:30 a.m.
 3
 4  Dated: 1/5/12                         BENJAMIN B. WAGNER
                                          United States Attorney
 5
 6
                                    By:  /s/ Kevin C. Khasigian
 7                                       KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney
 8
 9
10  Dated: 1/5/12                          /s/ Joseph J. Wiseman
                                          JOSEPH J. WISEMAN
11                                        Attorney for Defendant
                                          Duane Allen Eddings
12
                                          (Authorized by phone)
13
14
                                    ORDER
15
         IT IS SO ORDERED.
16
17  Dated: 1/6/2012
                                          /s/ John A. Mendez
18                                        JOHN A. MENDEZ
                                          United States District Judge
```