1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4

5  Attorney for Defendant
   ROBERT C. BROWN
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. 2:09-74-JAM
                                   )
12            Plaintiff,            )  **DEFENSE REQUEST FOR PERMISSION TO**
                                   )  **VIEW REDACTED RESTITUTION**
13     v.                           )  **RESPONSES; ORDER**
                                   )
14 ROBERT C. BROWN,                )
                                   )
15            Defendant.            )
   _____ )
16

17     In preparation for sentencing in this matter, undersigned counsel
18 visited the U.S. Probation Office to review victim responses regarding
19 restitution in this case. In the course of examining these responses for
20 accuracy, counsel reviewed the statements by many victims, and counsel
21 believes it would assist in the education and rehabilitation of Mr. Brown
22 for him to review these responses personally as well.
23     The Probation Office has made redacted copies of the responses that
24 protect against disclosure of any personal information and agreed to
25 allow Mr. Brown to review the redacted responses at the Probation office.
26 Counsel for the United States has been contacted and has no objection to
27 this procedure. However, the Probation Office requests an order from
28 this court permitting such a procedure to occur.

Defendant therefore requests that this court issue the attached proposed order.

Dated: March 22, 2012                    Respectfully submitted,

                                         /s/ Daniel J. Broderick
                                         DANIEL J. BRODERICK
                                         Federal Defender
                                         Attorney for ROBERT C. BROWN, JR.

----------

Pursuant to Defendant ROBERT BROWN'S unopposed request to review restitution reports from the victims of his offense, **IT IS HEREBY ORDERED** that the United States Probation Office shall make available appropriately redacted copies of these reports for review by Mr. Brown in its office. A copy of this order shall be served upon United States Probation Officer Ronnie Preap.

Dated: March 23, 2012

                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         U.S. District Court Judge