JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

Attorney for Defendant
DUANE ALLEN EDDINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S 09  0074 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) EXTEND TIME TO FILE |
| vs. | ) RESPONSES TO PRESENTENCE |
| | ) REPORT |
| DUANE ALLEN EDDINGS, | ) |
| Defendant. | ) |
| | ) |

        It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

AMERICA, through its counsel of record, Michael D. Anderson, Assistant United States

Attorney, and defendant, DUANE ALLEN EDDINGS, through his counsel of record,

Joseph J. Wiseman, that the parties' responses to the Presentence Report prepared in

this case shall be due April 12, 2011.

        Specifically, the parties recently received the Presentence Report and need

additional time to prepare and file their respective formal Objections and Sentencing

Memorandums.

Dated: April 9, 2012                          Respectfully submitted,

                                              WISEMANLAW GROUP, P. C.
                                              By:    /s/ Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant,
                                                  DUANE ALLEN EDDINGS

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 9, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:    /s/ Michael Anderson
                                          MICHAEL ANDERSON, AUSA
                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA


                              ORDER


        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

parties' Formal Objections and Sentencing Memorandums in response to the

Presentence Report generated in this case shall be due on April 12, 2012.


Dated:  April 10, 2012                  /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com