1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  ROBERT CEPHAS BROWN, JR.

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR-S-09-74 JAM
                                  )
12             Plaintiff,         )  EX PARTE REQUEST TO PERMIT
                                  )  VOLUNTARY SURRENDER TO U.S.
13     v.                         )  MARSHAL AND TO EXONERATE BOND;
                                  )  ORDER
14 ROBERT CEPHAS BROWN, JR.,      )
                                  )
15             Defendant.         )  Date: April 24, 2012
                                  )  Time: 9:30 A.M.
16 _____)  Judge: Hon. John A. Mendez

17

18     Defendant ROBERT BROWN is currently scheduled to be sentenced on

19 April 24, 2012, at 9:30 a.m.  He is currently out of custody, pursuant to

20 this court's order dated May 19, 2009.  Mr. Brown was released upon the

21 following conditions:

22     1.  Pre-trial services supervision;

23     2.  Surrender of his passport;

24     3.  Home confinement, which shall include electronic monitoring; and

25     4.  The posting of $300,000 unsecured appearance bonds by Willie L.

26 Brown, Sr., and Willie L. Brown, Jr.

27     Mr. BROWN hereby requests that this court permit him to voluntary

28 surrender to the custody of the U.S. Marshal's office prior to noon on

1 | April 18, 2012.  Plaintiff United States has been informed of this and
2 | has no objection.  Prior to his surrender, Mr. BROWN will deliver all the
3 | home monitoring equipment to pre-trial services.
4 |     Mr. BROWN also requests that the court exonerate the bond posted on
5 | his behalf.
6 |     Mr. BROWN does not request an order that his passport be returned,
7 | as he anticipates remaining in custody and/or supervised release beyond
8 | the expiration date of any passport.

Dated:  April 17, 2012                     Respectfully submitted,


/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
ROBERT C. BROWN

## O R D E R

IT IS HEREBY ORDERED that Defendant's Request to voluntary surrender is granted.

IT IS FURTHER ORDERED that Defendant ROBERT C. BROWN shall voluntarily surrender to the United States Marshal's office no later than noon on April 18, 2012.  Upon his surrender, the terms of his pre-trial release shall be vacated and the unsecured appearance bonds filed on his behalf shall be exonerated.

A copy of this order shall be served on U.S. Pretrial Services Officer Taifa Gaskins.

Dated: April 17, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge